# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **BEAU ASHLEY DERISE** | **CIVIL ACTION NO. 6:21-CV-00249** <br> **CIVIL ACTION NO. 6:21-CV-00433** <br> **CIVIL ACTION NO. 6:21-CV-00437** <br> **CIVIL ACTION NO. 6:21-CV-00448** <br> **CIVIL ACTION NO. 6:21-CV-00796** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **JOHN M. SHAW U.S. COURTHOUSE, ET AL.** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

These matters were referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, consistent with the report and recommendation, that Mr. Derise's complaints are **DISMISSED** for lack of subject-matter jurisdiction. Because Mr. Derise's complaints fail to state a plausible, nonfrivolous claim on which relief can be granted, he is hereby **WARNED** that the filing of any additional frivolous lawsuits will result in his being ordered to show cause why he should not be placed on the list of sanctioned/barred litigants for this district, so that he is barred from

filing any action in the United States District Court for the Western District of Louisiana without first obtaining the approval and authorization of the chief judge.

Signed at Lafayette, Louisiana, this 14th day of May, 2021.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE